UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN HILL, ANNE HILL, and INTERMOUNTAIN FAIR HOUSING COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RIVER RUN HOMEOWNERS ASSOCIATION, INC., <br><br> Defendant. | Case No. 1:18-cv-00281-CWD <br><br> **ORDER** |

The Court conducted a telephonic status conference with the parties on October 24, 2019, for the purpose of providing a summary of the Court's rulings on the pending motions. (Dkt. 39, 42, 50, 53.) The Court informed the parties that, after the status conference, a written memorandum not for publication would be provided via email to the parties and to the settlement conference judge, setting forth in more detail the Court's reasons for its rulings on the motions. If the parties do not resolve this matter during or shortly following the settlement conference scheduled before the Honorable Mikel H. Williams on November 6, 2019, the Court will file a memorandum decision for publication on November 15, 2019.

If either party wishes to be heard on the Court's disposition of the motions, they may file a motion for reconsideration on or before November 22, 2019, identifying

briefly the issues for the Court to review and reconsider. No further briefing is permitted. The Court will conduct a hearing on the motion to reconsider (if filed) on December 10, 2019, at 9:30 a.m.

Consistent with the Court's oral rulings, **IT IS HEREBY ORDERED**:

1)   Defendant's Motion for Summary Judgment (Dkt. 39) is **DENIED.**

2)   Plaintiffs' Motion for Partial Summary Judgment (Dkt. 42) is **GRANTED**.

3)   Defendant's Motion to Strike (Dkt. 50) is **DENIED**.

4)   Defendant's Motion to Strike (Dkt. 53) is **DENIED**.

DATED: October 24, 2019

_____
Honorable Candy W. Dale
United States Magistrate Judge